UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PHILLIP GROW, | Case No. CV 18-3604 DDP(JC) |
| Plaintiff, | JUDGMENT |
| v. | |
| D. HARDING, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 8-23-18

_____

HONORABLE DEAN D. PREGERSON
SENIOR UNITED STATES DISTRICT JUDGE